## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEJUAN DONALD,

      Plaintiff,

v.

      Case No. 26-CV-00748-SPM

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Before the Court is the parties' Joint Motion to Remand to the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g). (Doc. 13). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Perlman v. Swiss Bank Corp. Comprehensive Disability Prot. Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of the plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302–03 (1993).

Therefore, for good cause shown, the Parties' Joint Motion to Remand (Doc. 23) is **GRANTED**. The final decision of the Commissioner of Social Security denying Plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and to close this case on the Court's docket.

**IT IS SO ORDERED.**

**DATED:  July 27, 2026**

---
**STEPHEN P. McGLYNN**
**U.S. District Judge**