IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEJUAN DONALD,

        Plaintiff,

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

Case No. 26-CV-00748-SPM

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter is before the Court on the Parties' Joint Motion to Award Attorney Fees and Expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (Doc. 16).

For good cause shown, **IT IS HEREBY ORDERED** that Plaintiff is awarded $2,875.00 (two thousand eight hundred seventy five dollars and zero cents) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the EAJA. Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to **Rory Linerud** pursuant to the EAJA assignment duly signed by plaintiff.

If payment is mailed, as compared to electronically deposited, it shall be mailed to

counsel's address of record:

> **Linerud Law Firm**
> **P.O. Box 5734**
> **Salem, OR 97304**

**IT IS SO ORDERED.**

**DATED:  August 6, 2026**

**STEPHEN P. McGLYNN**
**U.S. District Judge**